*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★ ★ ★ ★

**MEMORANDUM OPINION**

No. 04-09-00235-CR

**IN RE** John **NAPOLEON**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Phylis Speedlin, Justice
                  Steven C. Hilbig, Justice
                  Marialyn Barnard, Justice

Delivered and Filed:   May 20, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On April 23, 2009, relator John Napoleon filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his *pro se* motion for speedy trial and other various *pro se* motions. However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on *pro se* motions filed with regard to a criminal proceeding in which the defendant is represented by

---

[1] This proceeding arises out of Cause No. 2009-CR-1882, styled *State v. John Napoleon*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip Kazen presiding.

counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not abuse its discretion by declining to rule on relator's *pro se* motion for speedy trial and other various *pro se* motions. Therefore, we conclude that relator has not shown himself entitled to mandamus relief. Accordingly, the petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH